UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Khammee Rivera

Case No.: 19-11124/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __April 16, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
1382 Greenwood Drive
Vineland, NJ
FMV - $161,500.00

Liens on property:
Roundpoint - $177,504.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Khammee Rivera

Case No.: 19-11124/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __April 16, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
3218 Hancebridge Road
Vineland, NJ
FMV - $90,000.00-$95,000.00

Liens on property:    Roundpoint - $111,569.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Khammee Rivera

Case No.: 19-11124/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __April 16, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Timeshare:
Lifestyle Holidays Timeshare*
FMV - $2,500.00
*Debtor only has a 50% interest in the property

Liens on property: N/A

Amount of equity claimed as exempt: $2,500.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                         Case No. 19-11124-JNP
Khammee L. Rivera                                                              Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Mar 13, 2019
                               Form ID: pdf905          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db             +Khammee L. Rivera,    1382 Greenwood Dr.,   Vineland, NJ 08361-6629
517975858      +AMEXDSNB,    9111 Duke Blvd,   Mason, OH 45040-8999
517975859      +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
517975862      +Cumberland County Taxation Board,    220 N Laurel St,   Bridgeton, NJ 08302-1516
517975864      +HSBC Bank,   PO BOX 5253,   Carol Stream, IL 60197-5253
517975865      +IC System,   PO Box 64437,   Saint Paul, MN 55164-0437
517975869      +JC Ehrlich,   PO Box 13848,   Reading, PA 19612-3848
517975870      +JC Erlich,   PO Box 13848,   Reading, PA 19612-3848
517975871       Office Of Attorney General,    25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517975872      +Premier Immediate Medical Care,    278 Eagleview Boulevard,   Exton, PA 19341-1157
517975873      +RoundPoint Mortgage,    5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
518052355      +RoundPoint Mortgage Servicing Corporation,    KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517975875      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517975874      +Shore Medical Center,    PO Box 6195,   Reading, PA 19610-0195
517975876      +Stevenson University,    100 Campus Circle,   Owings Mills, MD 21117-7803
517975877       THD/CBNA,    P.O. Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2019 23:57:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2019 23:57:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517975857       E-mail/Text: amscbankruptcy@adt.com Mar 13 2019 23:58:31     ADT Security Service Inc,
                 PO Box 371490,   Pittsburgh, PA 15250-7490
517975860       E-mail/Text: bankruptcy@bbandt.com Mar 13 2019 23:57:05     BB&T,    Po Box 1847,
                 Wilson, NC 27894
517975861      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 00:04:38
                 Capital One Bank Usa Na,    PO Box 30281,   Salt Lake City, UT 84130-0281
517975863      +E-mail/Text: electronicbkydocs@nelnet.net Mar 13 2019 23:57:44      Dept Of Education/Nelnet,
                 121 S 13th Street,   Lincoln, NE 68508-1904
517975868       E-mail/Text: cio.bncmail@irs.gov Mar 13 2019 23:57:03     Internal Revenue Service,
                 P.O. Box 744,   Special Procedure Branch,    Springfield, NJ 07081
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517975867*      Internal Revenue Service,    Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
517975866*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Mar 13, 2019
                               Form ID: pdf905          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:

         Joseph   Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Kevin Gordon McDonald    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Seymour   Wasserstrum    on behalf of Debtor Khammee L. Rivera mylawyer7@aol.com,
          ecf@seymourlaw.net
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                TOTAL: 4